THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MYRON S. YACHELSON, Appellant.

Argued April 19, 1954; decided May 20, 1954.

*Charles J. Bellew* for appellant.

*Robert E. Fischer, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.